UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Highland Apartments, LLC, et al.,

        Plaintiff(s),                CASE NO. 08-14712

v.                                        JUDGE Sean F. Cox

Richard Golden, et al.,

        Defendant(s).
_____/

## NOTICE OF CORRECTION

The docket entry entered on **6/15/2009 (D/E 17)** was corrected. The explanation for the correction is stated below.

| | |
|---|---|
| [ ] | The docket entry was made on the wrong case. |
| [ ] | The corresponding document image was missing or incomplete. |
| [XX] | The wrong document image was associated. |
| [ ] | The wrong judicial officer was listed on the case docket. |
| [ ] | The filer information was inaccurate or omitted from the docket text. |
| [ ] | The judicial officer information was inaccurate or omitted from the docket text. |
| [ ] | The docket text was changed *<provide brief explanation, if applicable>*. |

[ ] Other:

No further action is required. If you need further clarification or assistance, please contact Jennifer Hernandez, Case Manager (313) 234-2653

                              DAVID J. WEAVER, CLERK OF COURT

                              By s/Jennifer Hernandez
                              Deputy Clerk

Date: June 15, 2009